**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIAN HICKEY, SR.,

      Plaintiff,

v.                                                        Case No: 8:12-cv-1527-T-30EAJ

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation

submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #16) and the Objections (Dkt.

#17) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate

Judge, the Objections, and in conjunction with an independent examination of the file, the

Court is of the opinion that the Magistrate Judge's Report and Recommendation should

be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #16) of the Magistrate Judge is

adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2.     The decision of the Defendant Commissioner is AFFIRMED.

3.     Each party shall bear their own costs and expenses.

4.      The Clerk of Court is directed to enter final judgment in favor of Defendant consistent with 42 U.S.C. §§ 405(g) and 1383(c)(3).

5.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of August, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Odd\2012\12-cv-1527 adopt 16.docx